**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Charlette Dufray JOHNSON, a/k/a Charlotte Johnson, Defendant–Appellant.**

**No. 16–6045.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2016.

Decided: March 22, 2016.

Charlette Dufray Johnson, Appellant Pro Se. Jason Harris Cowley, Jennifer P. May–Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellant.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlette Dufray Johnson appeals the district court's order denying her motion for release of grand jury transcripts or for dismissal of her convictions and sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson,* No. 7:10–cr–00093–BR–1 (E.D.N.C. Nov. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*